IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR183 |
| | ) | |
| v. | ) | |
| | ) | |
| MARIA PARTIDA, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

The Clerk's Office has requested that Document Number 45 be stricken from the record for the following reason:

- Duplicate document of number 44.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 45 from the record.

DATED this 3rd day of November, 2005.

BY THE COURT:


s/ Laurie Smith Camp
United States District Judge